UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 12-243 PJS/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| (2) Claudia Carolina Ortiz,<br>(3) Eduwiges Raquel Torres,<br>(4) Humberto Alvarez-Deleon,<br>(5) Crisostomo Valle-Solares, | |
| Defendants. | |

Richard A. Newberry, Jr., Esq., Assistant United States Attorney, for the plaintiff, United States of America;
Jean M. Brandl, Esq., for defendant Claudia Carolina Ortiz;
Andrew S. Garvis, Esq., for defendant Eduwiges Raquel Torres;
Terry L. Hegna, Esq., for defendant Humberto Alvarez-Deleon; and
Lee R. Johnson, Esq., for defendant Crisostomo Valle-Solares.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated November 20, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Eduwiges Raquel Torres' Motion to Suppress Evidence Obtained as a Result of Illegal Arrest is **denied** [Docket No. 40];

2. Defendant Eduwiges Raquel Torres' Motion to Suppress Statements, Admissions, and Answers is **denied** [Docket No. 41];

3. Defendant Crisostomo Valle-Solares' Motion to Sever Defendants is **denied** [Docket No. 58];

4. Defendant Crisostomo Valle-Solares' Motion to Suppress Statements and Evidence is **denied** [Docket No. 59]; and

5. Defendant Humberto Alvarez-Deleon's Motion for Severance is **denied** [Docket No. 74].

Dated:   12/06/12

                                                 s/Patrick J. Schiltz
                                                 Patrick J. Schiltz
                                                 United States District Court Judge